# EXHIBIT A



# EXHIBIT B

Registration Number

# *-APPLICATION-*

## Title _____

|  |  |
|---|---|
| **Title of Work:** | JIC-95 |
| **Content Title:** | SND1606_1H |
|  | SND1609_5 |
|  | SND1609_5B |
|  | SND1609_8B |
|  | SND1609_14 |
|  | SND1609_15 |
|  | SND1609_16 |
|  | SND1609_26 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 18, 2016 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author _____

|  |  |
|---|---|
| **Author:** | JITRADE INC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | JITRADE INC |
|  | 6279 E Slauson Ave, Commerce, Los Angeles, CA, 90040, United States |

## Limitation of copyright claim _____

|  |  |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |

Page 1 of 2

**New material included in claim:**   2-D artwork

## Rights and Permissions _____

**Organization Name:**   JITRADE INC
**Name:**   HAE YOUNG SEO
**Email:**   thomas@sndint.com
**Telephone:**   (213)559-7974
**Address:**   6279 E Slauson Ave, Commerce
Los Angeles, CA 90040 United States

## Certification _____

**Name:**   HAE YOUNG SEO
**Date:**   November 25, 2016

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4198297631

## Mail Certificate _____

JITRADE INC
HAE YOUNG SEO
6279 E Slauson Ave, Commerce
Los Angeles, CA 90040 United States

**Priority:**   Routine          **Application Date:**   November 25, 2016

## Correspondent _____

**Organization Name:**   JITRADE INC
**Name:**   HAE YOUNG SEO
**Email:**   thomas@sndint.com
**Telephone:**   (213)559-7974
**Fax:**   (213)351-9622
**Address:**   6279 E Slauson Ave, Commerce
Los Angeles, CA 90040 United States

EXHIBIT C

Fashion GO | 7011321

SURIST | NEW VENDORS | TODAY'S DEAL | SPECIAL | BEST

Style Number

Welcome, SUN HA!    0

VENDORS    NEW ARRIVALS    WOMEN    SHOES    ACCESSORIES    HANDBAGS    MEN    KIDS    MORE    Select Ve

Home > Search for 7011321 > 7011321

Member Since Apr 15, 2014 | Update

## DORCAS
### WOMEN'S CLOTHING

4.48  |  23 reviews    Min Qty: 3

Contact   Dorcas   Tel: 213)599-8749

Merged Shipping    Show M

FREE SHIPPING ON ORDER OVER $500    View Details 

| VENDOR CATEGORY | |
| --- | --- |
| All | (1,202) |
| Plus Dresses | (507) |
| Dresses | (88) |
| Tops | (72) |
| Plus Tops | (139) |
| Plus jumpsuits & Romp… | (100) |
| Set | (5) |
| Cardigans & Sweaters | (56) |
| Jackets | (40) |
| Skirts | (9) |
| Leggings | (23) |
| Pants | (19) |
| Plus Skirts | (27) |
| Plus Pants | (23) |
| Plus Jackets,Cardigans | (71) |
| Plus Sets | (23) |



### 7011321

Floral print body-con dress

| Label | Unspecified |
| --- | --- |

### $25.75

Have Questions?

| Purchase | Order Notice |
| --- | --- |

☐ Purchase All Colors     Qty: [ 1 ]

| COLOR | S | M | L | XL | | PACK | QTY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Black | 1 | 1 | 1 | 1 | | ☐ | 0 |
| Ivory | 1 | 1 | 1 | 1 | | ☐ | 0 |
| TOTAL | | | | | | | 0 |

ADD TO SHOPPING BAG

Ready to check out?
**CHECK OUT**

MORE PRODUCTS



   



# Free Shipping

on purchase of $500.00 or more

FREE UPS GROUND SHIPPING IN U.S
EXCLUDING AK,ASKA,,HAWAII    more

YOU MAY ALSO LIKE

     

| Solution | Bella Berry USA | LINE 6ix | Lovely Day | Kaii | Sugarlips | Check It Out |
| --- | --- | --- | --- | --- | --- | --- |
| $14.00 | $12.50 | $12.50 | $10.25 | $23.75 | $24.00 | $12.50 |

CALL  1.213.745.2667    HOUR  8:30AM-5:00PM (MON-FRI)    EMAIL  info@fashiongo.net

SUBSCRIBE NOW!
Sign up for the latest style tips, news and exclusive promotional of

Subscribe

Stay Connected

**CUSTOMER SERVICE**
Be a Buyer
Be a Vendor
Merged Shipping
Return & Exchange
Shipping Method & Charges
FAQ

**COMPANY**
About Us
Contact Us
Terms of Use
Privacy Policy
Comments
Show Info

**MY ACCOUNT**
Register
My Information
Order History
My Favorites
Vendor Rating

Style Number                                    Welcome, SUN HA!        0

VENDORS   NEW ARRIVALS   WOMEN   SHOES   ACCESSORIES   HANDBAGS   MEN   KIDS   MORE   Select Ve

Home > Search for 7011321 > 7011321

Member Since Apr 15, 2014 | Update

## DORCAS
**WOMEN'S CLOTHING**

4.48  |  23 reviews        **Min Qty:** 3

**Contact**  Dorcas  Tel: (213)599-8749

Merged Shipping    Show M

FREE SHIPPING ON ORDER OVER $500    View Details

### VENDOR CATEGORY

| | |
|---|---|
| All | (1,202) |
| Plus Dresses | (507) |
| Dresses | (88) |
| Tops | (72) |
| Plus Tops | (139) |
| Plus jumpsuits & Romp... | (100) |
| Set | (5) |
| Cardigans & Sweaters | (56) |
| Jackets | (40) |
| Skirts | (9) |
| Leggings | (23) |
| Pants | (19) |
| Plus Skirts | (27) |
| Plus Pants | (23) |
| Plus Jackets,Cardigans | (71) |
| Plus Sets | (23) |

### MORE PRODUCTS





   

**7011321**

Floral print body-con dress

Label        Unspecified

**$25.75**

Have Questions?

| Purchase | Order Notice |
|---|---|

☐ Purchase All Colors        Qty: 1

| COLOR | S | M | L | XL | PACK | QTY |
|---|---|---|---|---|---|---|
| Black | 1 | 1 | 1 | 1 | | 0 |
| Ivory | 1 | 1 | 1 | 1 | | 0 |
| **TOTAL** | | | | | | **0** |

**ADD TO SHOPPING BAG**        Ready to check out?
**CHECK OUT**

### YOU MAY ALSO LIKE

  

**Free Shipping**

on purchase of $500.00 or more

FREE UPS GROUND SHIPPING IN U.S
EXCLUDING AK,ASKA,,HAWAII   more

| Solution | Bella Berry USA | LINE 6ix | Lovely Day | Kaii | Sugarlips | Check It Out | Qu |
|---|---|---|---|---|---|---|---|
| $14.00 | $12.50 | $12.50 | $10.25 | $23.75 | $24.00 | $12.50 | |

---

**CALL** 1.213.745.2667    |    **HOUR** 8:30AM-5:00PM (MON-FRI)    |    **EMAIL** info@fashiongo.net

**SUBSCRIBE NOW!**
Sign up for the latest style tips, news and exclusive promotional of

| CUSTOMER SERVICE | COMPANY | MY ACCOUNT | |
|---|---|---|---|
| Be a Buyer | About Us | Register | Subscribe |
| Be a Vendor | Contact Us | My Information | |
| Merged Shipping | Terms of Use | Order History | Stay Connected |
| Return & Exchange | Privacy Policy | My Favorites | |
| Shipping Method & Charges | Comments | Vendor Rating | |
| FAQ | Show Info | | |

FashionGo - 7011321

S U R I S T | NEW VENDORS | TODAY'S DEAL | SPECIAL | BEST

All                                      Welcome, SUN HA!                    0

VENDORS    NEW ARRIVALS    WOMEN    SHOES    ACCESSORIES    HANDBAGS    MEN    KIDS    MORE    Select Ve

Home > Shop by Vendor Category > Dorcas > 7011321

Member Since Apr 15, 2014 | Update

## DORCAS
### WOMEN'S CLOTHING

4.48   | 23 reviews                  Min Qty: 3

Contact   Dorcas  Tel: 213)599-8749                          Merged Shipping     Show M

### VENDOR CATEGORY

| | |
|---|---|
| All | (1,447) |
| Tops | (60) |
| Dresses | (52) |
| Set | (1) |
| Cardigans & Sweaters | (63) |
| Jackets | (39) |
| Skirts | (4) |
| Leggings | (23) |
| Pants | (15) |
| Plus Size | (1,189) |
| Romper | (1) |

### MORE PRODUCTS

## 7011321

Floral print body-con dress

Label     Unspecified

## $25.75

Have Questions?

| Purchase | Order Notice |

☐ Purchase All Colors        Qty:  1

| COLOR | S | M | L | XL | PACK | QTY |
|---|---|---|---|---|---|---|
| Black | 1 | 1 | 1 | 1 | | 0 |
| Ivory | 1 | 1 | 1 | 1 | | 0 |
| **TOTAL** | | | | | | **0** |

| ADD TO SHOPPING BAG | Ready to check out? **CHECK OUT** |

CALL  1.213.745.2667    |    HOUR  8:30AM-5:00PM (MON-FRI)    |    EMAIL  info@fashiongo.net

SUBSCRIBE NOW!
Sign up for the latest style tips, news and exclusive promotional o

| CUSTOMER SERVICE | COMPANY | MY ACCOUNT |
|---|---|---|
| Be a Buyer | About Us | Register |
| Be a Vendor | Contact Us | My Information |
| Merged Shipping | Terms of Use | Order History |
| Return & Exchange | Privacy Policy | My Favorites |
| Shipping Method & Charges | Comments | Vendor Rating |
| FAQ | Show Info | |

Subscribe

Stay Connected

FashionGo® provides retailers access to a vast array of wholesale fashion merchandise at their fingertips 24 hours a week, 7 days a week, with just the click of a mouse. With a membership that is free to buyers, FashionGo.net® retailers around the world can efficiently shop, compare, and purchase from a host of vendors at the best prices. FashionGo.net® provides manufacturers and wholesalers a simple, cost effective increase sales and expand their businesses on a global e-commerce platform. Businesses based on e-commerce are growing at a rate 7 to 8 times faster than traditional B2B businesses. By becoming a member of FashionGo.net®, manufacturers and wholesalers are able to reach a global customer base with which to augment sales and expand their market without limits.

S U R I S T | NEW VENDORS | TODAY'S DEAL | SPECIAL | BEST

| Style Number | | Welcome, SUN HA! | 0 |

VENDORS    NEW ARRIVALS    WOMEN    SHOES    ACCESSORIES    HANDBAGS    MEN    KIDS    MORE    Select Ve

Home > Search for 66-739-80 > 66-739-80

Member Since Apr 8, 2014 | Update


G1K WOMEN'S

4.27 | 11 reviews    Min Order: $50.00
Contact Steve Tel: 213-265-7474    Merged Shipping    Show M

### VENDOR CATEGORY

| All | (4,309) |
| Prom Dresses | (725) |
| Prom Short Dresses | (437) |
| Formal Dresses | (234) |
| Evening Dresses | (454) |
| Maxi Dresses | (499) |
| Bodycon Dresses | (393) |
| Plus Dresses | (736) |
| Mother of Bride | (162) |
| Bridesmaids | (55) |
| Jumpsuits & Rompers | (294) |
| Party Dresses | (97) |
| Special Occasions | (32) |
| Wedding Dresses | (19) |
| Jacket & Coats | (3) |
| Fashion Tops | (11) |
| Fashion Dresses | (158) |



   

### 66-739-80

Floral print, sleeveless short dress in a body-con style with a v-neck and ruffled detailing
TECHNO AIR CUSHION

| Made in | Made In U.S.A. |
| Label | Labeled |
| Stock | In Stock |

### $26.00

Have Questions?

| Purchase | Order Notice |

| COLOR | S | M | L | XL | PACK | QTY |
|---|---|---|---|---|---|---|
| BLACK | 1 | 1 | 1 | 1 | | 0 |
| TOTAL | | | | | | 0 |

ADD TO SHOPPING BAG    Ready to check out?
CHECK OUT

### MORE PRODUCTS

 


### YOU MAY ALSO LIKE

     



| SJ Style | G1K | Symphony | G1K | SJ Style | Chicas | LLove | Stac |
| $15.95 $18.50 | $26.00 | $13.50 | $23.75 | $14.50 | $129.00 | $14.75 | |

CALL 1.213.745.2667 | HOUR 8:30AM-5:00PM (MON-FRI) | EMAIL info@fashiongo.net

SUBSCRIBE NOW!
Sign up for the latest style tips, news and exclusive promotional of

CUSTOMER SERVICE
Be a Buyer
Be a Vendor
Merged Shipping
Return & Exchange
Shipping Method & Charges
FAQ

COMPANY
About Us
Contact Us
Terms of Use
Privacy Policy
Comments
Show Info

MY ACCOUNT
Register
My Information
Order History
My Favorites
Vendor Rating

Subscribe
Stay Connected

S U R I S T | NEW VENDORS | TODAY'S DEAL | SPECIAL | BEST

Style Number

Welcome, SUN HA!          0

VENDORS    NEW ARRIVALS    WOMEN    SHOES    ACCESSORIES    HANDBAGS    MEN    KIDS    MORE        Select Ve

Home › Search for 66-739-80 › 66-739-80

Member Since Apr 8, 2014 | Update


G1K WOMEN'S

4.27  |  11 reviews        Min Order: $50.00
Contact  Steve  Tel: 213-265-7474                    Merged Shipping      Show M

## VENDOR CATEGORY

| | |
|---|---|
| All | (4,309) |
| Prom Dresses | (725) |
| Prom Short Dresses | (437) |
| Formal Dresses | (234) |
| Evening Dresses | (454) |
| Maxi Dresses | (499) |
| Bodycon Dresses | (393) |
| Plus Dresses | (736) |
| Mother of Bride | (162) |
| Bridesmaids | (55) |
| Jumpsuits & Rompers | (294) |
| Party Dresses | (97) |
| Special Occasions | (32) |
| Wedding Dresses | (19) |
| Jacket & Coats | (3) |
| Fashion Tops | (11) |
| Fashion Dresses | (158) |



  

### 66-739-80

Floral print, sleeveless short dress in a body-con style with a v-neck and ruffled detailing
TECHNO AIR CUSHION

| | |
|---|---|
| Made in | Made In U.S.A. |
| Label | Labeled |
| Stock | In Stock |

## $26.00

Have Questions?

| Purchase | Order Notice |
|---|---|

| COLOR | S | M | L | XL | PACK | QTY |
|---|---|---|---|---|---|---|
| BLACK | 1 | 1 | 1 | 1 | | 0 |
| TOTAL | | | | | | 0 |

ADD TO SHOPPING BAG        Ready to check out?
CHECK OUT

## MORE PRODUCTS

 


### YOU MAY ALSO LIKE

       

| SJ Style | G1K | Symphony | G1K | SJ Style | Chicas | LLove | Stac |
|---|---|---|---|---|---|---|---|
| $15.95 $18.50 | $26.00 | $13.50 | $23.75 | $14.50 | $129.00 | $14.75 | |

CALL  1.213.745.2667   |   HOUR  8:30AM-5:00PM (MON-FRI)   |   EMAIL  info@fashiongo.net

CUSTOMER SERVICE
Be a Buyer
Be a Vendor
Merged Shipping
Return & Exchange
Shipping Method & Charges
FAQ

COMPANY
About Us
Contact Us
Terms of Use
Privacy Policy
Comments
Show Info

MY ACCOUNT
Register
My Information
Order History
My Favorites
Vendor Rating

SUBSCRIBE NOW!
Sign up for the latest style tips, news and exclusive promotional of
Subscribe
Stay Connected

SURIST | NEW VENDORS | TODAY'S DEAL | SPECIAL | BEST

All | | Welcome, SUN HA! 0

VENDORS | NEW ARRIVALS | WOMEN | SHOES | ACCESSORIES | HANDBAGS | MEN | KIDS | MORE | Select Ve

Home > Shop by Vendor Category > G1K > 66-739-80

Member Since Apr 8, 2014 | Update



4.20 | 10 reviews    Min Order: $50.00

Contact  Steve  Tel: 213-265-7474

Merged Shipping    Show M

### VENDOR CATEGORY

| | |
|---|---|
| All | (4,026) |
| Prom Dresses | (556) |
| Prom Short Dresses | (435) |
| Formal Dresses | (237) |
| Evening Dresses | (416) |
| Maxi Dresses | (484) |
| Bodycon Dresses | (385) |
| Plus Dresses | (685) |
| Mother of Bride | (159) |
| Bridesmaids | (55) |
| Jumpsuits & Rompers | (301) |
| Party Dresses | (99) |
| Special Occasions | (32) |
| Wedding Dresses | (19) |
| Jacket & Coats | (3) |
| Fashion Tops | (10) |
| Fashion Dresses | (150) |



   

## 66-739-80

Floral print, sleeveless short dress in a body-con style with a v-neck and ruffled detailing
TECHNO AIR CUSHION

| | |
|---|---|
| Made in | Made In U.S.A. |
| Label | Labeled |
| Stock | In Stock |

## $26.00

Have Questions?



| | Purchase | Order Notice |
|---|---|---|

☐ Purchase All Colors    Qty: 1

| COLOR | S | M | L | XL | | PACK | QTY |
|---|---|---|---|---|---|---|---|
| BLACK | 1 | 1 | 1 | 1 | | | 0 |
| WHITE | 1 | 1 | 1 | 1 | | | 0 |
| **TOTAL** | | | | | | | **0** |

ADD TO SHOPPING BAG    Ready to check out?
CHECK OUT

### MORE PRODUCTS



## YOU MAY ALSO LIKE

    

| Symphony | New Moa | C.O.C | BLOOMS IN T... | Quarter to Five | Daisy | Plus Size House | C |
|---|---|---|---|---|---|---|---|
| $16.00 | $11.00 | $17.50 | $16.75 | $21.25 | $13.75 | $11.00 | |